# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Christopher Brian Patrick,**

    **Plaintiff,**

**v.**

**C R Bard Incorporated,** *et al.*,

    **Defendants.**

**Case No. 2:19–cv–4685**

**Judge Michael H. Watson**

**Chief Magistrate Judge Deavers**

## ORDER

On September 28, 2020, Chief Magistrate Judge Deavers issued a report and recommendation ("R&R") recommending that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. ECF No. 48.

Plaintiff was notified of his right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 6. Chief Magistrate Judge Deavers also specifically advised Plaintiff that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** this case.

**IT IS SO ORDERED.**

                                              **MICHAEL H. WATSON, JUDGE**
                                              **UNITED STATES DISTRICT COURT**